AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

SERVED

| | |
|---|---|
| SHYNIEA SMOTHERS | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:23-cv-03528-GCS |
| | ) |
| CIRCLE K STORES, INC. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CIRCLE K STORES, INC.
3801 NORTH BELT WEST
BELLEVILLE, IL 62226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/7/23                              _____
*Signature of Clerk or Deputy Clerk* -Deputy Clerk

## AFFIDAVIT OF SERVICE

| Case:<br>3:23-cv-<br>03528-GCS | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF ILLINOIS | County:<br>SAINT CLAIR, IL | Job:<br>9968870 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SHYNIEA SMOTHERS | | Defendant / Respondent:<br>CIRCLE K STORES, INC | |
| Received by:<br>MOPS, LLC | | For:<br>PAUL PANKIEWICZ | |
| To be served upon:<br>CIRCLE K STORES, INC | | | |

I, PAM KING WHEETLEY, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the State where service was effected, I was authorized by law to make service of the documents and informed the said person of the contents herein.

I have served the attached documents by:
____ delivering a copy of the service documents to the Defendant.
____ leaving a copy of the service documents at the dwelling place or usual abode of the Defendant with the person identified below, who is a person over the age of 15 years.
__X__ (for service on a corporation) delivering a copy of the service documents to the person identified below.
____Documents could not be served due to lack of contact with the subject.

SERVED IN ST CLAIR COUNTY AND IN THE STATE OF IL

Recipient Name / Address:   CIRCLE K STORES, INC Tiffany Hayslett AST. Mgr, COMPANY: 3801 NORTH BELT WEST, BELLEVILLE, IL 62226
Manner of Service:   Authorized, Nov 21, 2023, 3:16 pm CST
GPS Coordinates:   38.541762689934984, -90.01141703507903 1700601374406
Documents:   SUMMONS; COMPLAINT; EXHIBTS A & B (Received Nov 7, 2023 at 12:00am CST)

Additional Comments:
1) Successful Attempt: Nov 21, 2023, 3:16 pm CST at COMPANY: 3801 NORTH BELT WEST, BELLEVILLE, IL 62226 received by CIRCLE K STORES, INC Tiffany Hayslett AST. Mgr. Age: 50's; Ethnicity: African American; Gender: Female; Weight: 300; Height: 5'7"; Hair: Black; Eyes: Brown;

Pam King Wheetley                    11/22/23
Pam King Wheetley          Date
IL PERC - 129.352771, MO PI LIC
201200158, ST LOUIS PROCESS SERVER
ID 650, JACKSON COUNTY MO – PPS 22-
05636

MOPS, LLC
1430 Washington Ave Suite 220
St Louis, MO 63103
314-520-3590

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public
11-22-23            7-5-24
Date          Commission Expires

ALICIA M. IRVIN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: July 05, 2024
Commission Number: 20647986